NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5046

JUDITH LOUISE CRONIN,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 06-CV-633, Senior Judge Eric G. Bruggink.

ON MOTION

Before LINN, <u>Circuit Judge</u>.

## O R D E R

Judith Louise Cronin moves for a 120-day extension of time, until July 22, 2009, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extension of time will be granted.

FOR THE COURT

**APR 13 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc: Judith Louise Cronin (informal brief form enclosed)
Roger A. Hipp, Esq.
s8